# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD TIMOTHY DARDAR, JR.

NO. 2022 KW 1239

**FEBRUARY 1, 2023**

---

In Re:    Donald Timothy Dardar, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 780915.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion to correct an illegal sentence filed with the district court, the bill of information, the habitual offender bill of information, the commitment order, the transcript of the habitual offender proceedings, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

*a.S.*

DEPUTY CLERK OF COURT
FOR THE COURT